UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LILLIAN LIMA,

    Plaintiff,

v.                                CASE NO.: 8:13-cv-01809-MSS-TBM

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES, and
DAVID WILKINS, individually and
in his official capacity as Secretary
of the Florida Department of
Children and Families,

    Defendant(s).
_____/

## VERDICT FORMS

## COUNT I-EQUAL PAY ACT-RETALIATION

### SPECIAL INTEROGATORIES TO THE JURY AS TO DEPARTMENT OF CHILDREN AND FAMILIES and DAVID WILKINS

Do you find from a preponderance of the evidence:

1. That LILLIAN LIMA engaged in protected activity under the Equal Pay Act?

    Answer Yes or No: __No__

If your answer is "No," this ends your deliberations for this claim, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That the DEPARTMENT OF CHILDREN AND FAMILIES and/or DAVID WILKINS took an adverse employment action against LILLIAN LIMA?

    As to the DEPARTMENT OF CHILDREN AND FAMILIES, Answer Yes or No: _____

    As to David Wilkins, Answer Yes or No: _____

If your answer to both is "No," this ends your deliberations for this claim, and your foreperson should sign and date the last page of this verdict form. If your answer to both is "Yes," go to the next question. If your answer as to only one Defendant is "Yes," you should only answer the remaining questions as to that Defendant.

3. That the DEPARTMENT OF CHILDREN AND FAMILIES and/or DAVID WILKINS took the adverse employment action because of LILLIAN LIMA's protected activity?

    As to the DEPARTMENT OF CHILDREN AND FAMILIES, Answer Yes or No: _____

    As to David Wilkins, Answer Yes or No: _____

If your answer to both is "No," this ends your deliberations for this claim, and your foreperson should sign and date the last page of this verdict form. If your answer to both is "Yes," go to the next question. If your answer as to only one Defendant is "Yes," you should only answer the remaining questions as to that Defendant.

4. That LILLIAN LIMA suffered damages because of the adverse employment action taken by the DEPARTMENT OF CHILDREN AND FAMILIES and/or DAVID WILKINS.

   As to the DEPARTMENT OF CHILDREN AND FAMILIES, Answer Yes or No: _____

   As to David Wilkins, Answer Yes or No: _____

If your answer to both is "No," this ends your deliberations for this claim, and your foreperson should sign and date the last page of this verdict form. If your answer to both is "Yes," or if your answer as to only one Defendant is "Yes," go to the next question.

5. That LILLIAN LIMA should be awarded damages?

   Answer Yes or No: _____

   If your answer is "Yes,"
   in what amount?          $_____

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: 12-4-14

3

## COUNT II- § 1983 FIRST AMENDMENT RETALIATION BASED ON POLITICAL AFFILIATION

SPECIAL INTERROGATORIES TO THE JURY AS TO DEPARTMENT OF CHILDREN AND FAMILIES

Do you find from a preponderance of the evidence:

1. That the DEPARTMENT OF CHILDREN AND FAMILIES knew LILLIAN LIMA's political party affiliation?

   Answer Yes or No: __No__

If your answer is "No," this ends your deliberations for this claim, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That the DEPARTMENT OF CHILDREN AND FAMILIES took any adverse action against LILLIAN LIMA based on knowledge of LILLIAN LIMA's political party affiliation?

   Answer Yes or No: _____

SO SAY WE ALL.

_[signature]_
Foreperson's Signature

DATE _12-3-14_

4